IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| Plaintiff, | § CASE NO. 4:24-CR-00120-SDJ-KPJ-1 |
| | § |
| v. | § |
| | § |
| JOHNATHON D. CAUDILL | § |
| | § |
| Defendant. | § |

## ORDER ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

The above entitled and numbered criminal action was referred to United States Magistrate Judge John D. Love pursuant to 28 U.S.C. § 636(b)(3). The Report of Magistrate Judge John D. Love, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. The parties have waived their objections to the Report and Recommendation.

The Court is of the opinion that the findings and conclusion of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court and **ORDERS** that Defendant Johnathon D. Caudill be sentenced to a term of imprisonment of 18 months, to include 156 days of unserved community confinement time, followed by a lifetime period of supervised release subject to the standard conditions of release, plus all the special conditions imposed by this Court in its prior revocation judgment as to this Defendant, *see* (Dkt. #18), with one adjustment: as a precondition of release the Defendant will reside in a residential reentry center or similar facility for 180 days after being released from confinement.

The Court further **RECOMMENDS** that Defendant serve his sentence at FMC Fort Worth, Texas, if available.

**So ORDERED and SIGNED this 10th day of February, 2026.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE